**Opinion issued April 7, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-20-00102-CV

———————————

## IN RE RICHARD MORAW AND JAMES PERRY, AS TRUSTEES OF THE SCOTT FAMILY TRUST (IRREVOCABLE), Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators Richard Moraw and James Perry, as trustees of the Scott Family Trust (Irrevocable), have filed a petition for a writ of mandamus challenging the trial court's January 23, 2020 order granting real party in interest Kathryn Mullen's Motion to Strike and/or Exclude Experts and to Exclude Evidence of Damages.[1]

---

[1] The underlying case is *In re: Scott Family Trust (Irrevocable)*, Cause No. 102448-CV, pending in the 149th District Court of Brazoria County, Texas, the Honorable Terri Holder presiding.

We deny the petition and lift the stay imposed by our January 31, 2020 order. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.